THE HONORABLE JAMAL N. WHITEHEAD
Trial Date: 10/15/2024

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOULEVARD BROWNSTONE CONDOMINIUM OWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIDDLEOAK SPECIALTY,<br><br>Defendant. | No. 2:23-cv-00732-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial and Related Dates. Having reviewed the Stipulated Motion, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The Court issues the following amended case schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for filing amended pleadings | 03/19/2024 | 06/17/2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | 03/19/2024 | 06/17/2024 |
| All motions related to discovery must be filed by | 04/18/2024 | 07/18/2024 |
| Discovery completed by | 05/20/2024 | 08/19/2024 |
| All dispositive motions and motions challenging expert testimony must be filed by | 06/17/2024 | 09/19/2024 |
| Settlement conference under LCR 39.1, if requested by parties, held no later than | 08/16/2024 | 11/15/2024 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES (Cause No. 2:23-cv-00732-JNW) – 1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

| | | |
|---|---|---|
| All motions in limine must be filed by | 09/05/2024 | 12/05/2024 |
| Deposition Designations must be submitted to the Court by | 09/24/2024 | 12/20/2024 |
| Agreed pretrial order due | 09/24/2024 | 12/20/2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | 10/01/2024 | 01/06/2025 |
| Pretrial conference | 10/08/2024 | 01/13/2025 |
| JURY TRIAL (4-6 days) | 10/15/2024 | 01/21/2025 |

DATED this 13th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

By: *s/Alfred E. Dononue*
    Alfred E. Donohue, WSBA No. 32774
    WILSON SMITH COCHRAN DICKERSON
    1000 Second Avenue, Suite 2050
    Seattle, WA 98104-3629
    Phone: (206) 623-4100
    Fax: (206) 623-9273
    Email: donohue@wscd.com
    Of Attorneys for Defendant

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES (Cause No. 2:23-cv-00732-JNW) – 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Approved as to form; notice of presentation waived:

By: *s/Jesse D. Miller (with permission per 3/12/24 email)*
    Zachary O. McIsaac, WSBA No. 35833
    Jesse D. Miller, WSBA No. 35837
    ASHBAUGH BEAL
    701 Fifth Avenue, Suite 4400
    Seattle, WA 98104
    Phone: (206) 366-5900
    Fax: (206) 344-7400
    Email: zmcisaac@ashbaughbeal.com
    Email: jmiller@ashbaughbeal.com
    Of Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES (Cause No. 2:23-cv-00732-JNW) – 3

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## **CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Zachary O. McIsaac
Jesse D. Miller
Kristen Moran
ASHBAUGH BEAL
701 Fifth Avenue, Suite 4400
Seattle, WA 98104
(  )   Via U.S. Mail
(  )   Via Hand Delivery
(  )   Via Email:
zmcisaac@ashbaughbeal.com
jmiller@ashbaughbeal.com
kmoran@ashbaughbeal.com
(X)   Via CM/ECF

**SIGNED** this 12th day of March, 2024, at Seattle, Washington.

_s/Yana Strelyuk_____
Yana Strelyuk, Legal Assistant
Wilson Smith Cochran Dickerson

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES (Cause No. 2:23-cv-00732-JNW) – 4

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273