THE HONORABLE JAMAL N. WHITEHEAD
Trial Date: 10/15/2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOULEVARD BROWNSTONE CONDOMINIUM OWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIDDLEOAK SPECIALTY,<br><br>Defendant. | No. 2:23-cv-00732-JNW<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 06/28/24 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 18th day of June, 2024.

By  s/Alfred E. Donohue
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Attorney for Defendant MiddleOak Specialty

---

STIPULATED MOTION AND ORDER FOR DISMISSAL (Cause No. 2:23-cv-00732-JNW) – 1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 27th day of June, 2024.

By  *s/ Jesse D. Miller*
Zachary O. McIsaac, WSBA No. 35833
Jesse D. Miller, WSBA No. 35837
Ashbaugh Beal
920 5th Avenue, Suite 3400
Seattle, WA 98104
Phone: 206-386-5900
Fax: 206-344-7400
Email: zmcisaac@ashbaughbeal.com
Email: jmiller@ashbaughbeal.com
Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 1st day of July, 2024.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND ORDER FOR DISMISSAL (Cause No. 2:23-cv-00732-JNW) – 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273